```
                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF LOUISIANA
                         ALEXANDRIA DIVISION
UNITED STATES                       CRIMINAL NO. 08-00223

vs.                                 U. S. DISTRICT JUDGE
                                    DRELL

WILLIAM CARL STRING                 U.S. MAGISTRATE JUDGE
                                    KIRK
```

**REPORT AND RECOMMENDATION**

Pursuant to the provisions of 18 U.S.C. §4241, a hearing was held today in this case with regard to defense counsel's and the prosecution's request for a mental competency examination. An examination was performed as reported by letter of December 6, 2008, filed December 19, 2008, on behalf of the government.

The evaluation letter, both filed under seal, reflects defendant's inability to stand trial, to understand the nature and consequences of the proceedings or to assist in his defense.

For these reasons, and after hearing today, the court finds by a preponderance of the evidence that defendant does not at present have the ability to stand trial, to understand the nature and consequences of the proceedings against him or to assist in his defense.

IT IS RECOMMENDED that Mr. String be transferred to a medical referral center in the Federal Bureau of Prisons in order to restore him to competency under 18 USC §4241(d) for a reasonable period of time, not to exceed four months.

Because both the prosecution and defense agree, there is no

need for the usual time period to object to this report and recommendation.

Thus done and signed January 22, 2009.

JAMES D. KIRK
UNITED STATES MAGISTRATE JUDGE