U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN 2 2 2009

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES | CRIMINAL NO. 08-00223 |
| VERSUS | DISTRICT JUDGE DEE D. DRELL |
| WILLIAM CARL STRING | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

### ORDER

The Court adopts the Report and Recommendation filed this day as to Mr. String's competence. For the reasons stated by the Magistrate Judge in the Report and Recommendation, the court finds by a preponderance of the evidence that defendant does not at present have the ability to stand trial, to understand the nature and consequences of the proceedings against him or to assist in his defense.

THEREFORE, IT IS ORDERED that Mr. String be transferred to a medical referral center in the Federal Bureau of Prisons in order to restore him to competency under 18 USC §4241(d) for a reasonable period of time, not to exceed four months. The court finds that the ends of justice require that the time necessary for compliance with this Order shall not be included in the speedy trial delays.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 22ND day of JANUARY, 2009.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE